1
2
3
4
5
6
7

JS-6

8
9
10

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ITZEL B. AVILA and EZEQUIEL I. AVILA,

        Plaintiffs,

    vs.

FORD MOTOR COMPANY, a Delaware Corporation,

        Defendant.

Case No.: 5:22-cv-00395-SPG-SHK

**JUDGMENT**

IT IS ORDERED, ADJUDGED, AND DECREED as follows:

Pursuant to the Parties' settlement agreement attached hereto as Exhibit 1:

1. Plaintiffs Itzel B. Avila and Ezequiel I. Avila ("Plaintiffs") shall recover from Defendants $170,000.00 ("Settlement Funds"), inclusive of loan payoff, incidental damages and/or consequential damages, civil penalties pursuant to Civil Code sections 1793.2(d)(2)(B) and 1794(c), any fraud claims, and any relief under Civil Code section 1780, in exchange for the surrender of the 2019 Ford F-250, VIN 1FT7W2B62KED94228 ("subject vehicle") with clear title, free and clear of all liens and encumbrances, other than the lender of record, to Ford or its designee. Any outstanding loans on the vehicle will be extinguished from the Settlement Funds.

2. Plaintiffs will surrender the subject vehicle to Defendant Ford to a mutually agreed-upon authorized Ford dealership, on a mutually agreeable date no later than 45 days after Plaintiffs' counsel has executed this Statutory Offer, unless circumstances caused by Plaintiffs result in delay. Defendant Ford shall send payment of Settlement Funds to Plaintiffs' counsel Wirtz Law APC, within 24 hours of the surrender of the subject vehicle, less the loan payoff amount remaining, which Ford shall pay directly to the lienholder on or before the date of surrender. Prior to the date of surrender, Plaintiffs will provide an updated and current loan pay-off quote to Ford.

3. Plaintiffs shall be entitled to post-judgment interest, if any, at the rate of 10% per annum, from the date of acceptance of this offer until the date Settlement Funds are received by Plaintiffs' attorneys, if Ford does not perform timely as set forth above in Paragraph 2.

4. Defendant Ford Motor Company shall pay attorney fees, costs, and expenses actually and reasonably incurred in the commencement and

1  prosecution of this action, including post-offer acceptance attorney
2  fees, costs, and expenses incurred in performing on the settlement
3  and/or completing the case, pursuant to Civil Code sections 1794(d)
4  and 1780(e), which may be resolved by agreement of the parties or, if
5  the parties cannot agree, upon properly noticed motion to the Court. If
6  a motion is needed, Plaintiffs shall be deemed the prevailing party in
7  this action under section 1794(d) and/or 1780(e). The judgment shall
8  be amended to include the fees and costs awarded by the Court or
9  agreed by the parties.

10  JUDGMENT is hereby entered against Defendant Ford Motor Company and
11  in favor of Plaintiffs Itzel B. Avila and Ezequiel I. Avila.

12
13  IT IS SO ORDERED.
14
15  Dated:  April 18, 2024
16  HONORABLE SHERILYN PEACE GARNETT
17  UNITED STATES DISTRICT JUDGE