UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:22-cv-00395-SPG-SHK | Date | July 16, 2024 |
| Title | Itzel B. Avila v. Ford Motor Company | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:    (IN CHAMBERS) NOTICE OF DISMISSAL**

Plaintiffs filed a stipulation of dismissal with prejudice (ECF No. 55), which is effective to close the case pursuant to FRCP 41(a)(1)(A)(ii). The case is therefore closed. (JS-6). Accordingly, the Court strikes the proposed order (ECF No. 55-1) as moot, and all pending dates are vacated and taken off calendar.

_____  :  _____

Initials of Preparer    pg